IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

MICHAEL S. GRIFFIS                                                                          PLAINTIFF

        v.                                Civil No. 05-3040

SHERIFF CHUCK MEDFORD;
LT. BETH REELY; JIMMY
KEELAND; MICHAEL BROWN;
PETE MOSS; JACK GENTRY;
MARK LOTTA; DR. THERESA FARROW;
DR. DONALD CLAY; SHELIA M.
HOWERTON; and REGINA FOX JEFFREY                            DEFENDANTS

## O R D E R

Separate Defendants Dr. Theresa Farrow and Dr. Donald Clay have filed a motion for summary judgment (Doc. 84). To assist plaintiff in responding to the summary judgment motion, the undersigned is propounding a questionnaire. The court will consider plaintiff's response to the questionnaire in issuing a report and recommendation on the summary judgment motion.

For this reason, Michael S. Griffis is hereby directed to complete, sign, and return the attached response to defendants' summary judgment motion on or before **July 26, 2007**. **Plaintiff's failure to respond within the required period of time may subject this matter to dismissal for failure to comply with a court order.**

IT IS SO ORDERED this 13th day of June 2007.

                                            /s/ *J. Marschewski*
                                            HON. JAMES R. MARSCHEWSKI
                                            UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

MICHAEL S. GRIFFIS                                                                                    PLAINTIFF

        v.                              Civil No. 05-3040

SHERIFF CHUCK MEDFORD;
LT. BETH REELY; JIMMY
KEELAND; MICHAEL BROWN;
PETE MOSS; JACK GENTRY;
MARK LOTTA; DR. THERESA FARROW;
DR. DONALD CLAY; SHELIA M.
HOWERTON; and REGINA FOX JEFFREY                                               DEFENDANTS

**RESPONSE TO SUMMARY JUDGMENT MOTION**

TO:  MICHAEL S. GRIFFIS

     These questions and answers will serve as your response to the motion for summary judgment filed by separate defendants Dr. Theresa Farrow and Dr. Donald Clay.  You may use additional sheets of paper in responding to these questions.  You must file this response by **July 26, 2007.**

     1. You were treated as an outpatient at the Ozark Guidance Center (OGC) in 1995 and 1996.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to the Affidavit of Dr. Clay at ¶ 3.

_____

_____

_____

-2-

AO72A
(Rev. 8/82)

_____

    2. You resumed treatment at OGC as an outpatient in 2002.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain. In explaining, please refer to the Affidavit of Dr. Clay at ¶ 3.

_____

_____

_____

_____

    3. You were a private patient of the OGC.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.

_____

_____

_____

_____

    4. At all times relevant to your complaint, Dr. Theresa Farrow and Dr. Donald Clay were employed as salaried psychiatrists by OGC.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain. In explaining, please refer to the Affidavit of Dr. Clay at ¶ 1 and the Affidavit of Dr. Farrow at ¶ 1.

_____

_____

AO72A
(Rev. 8/82)

_____

_____

      5.  Neither Dr. Farrow nor Dr. Clay were employed by the State of Arkansas or Carroll County or any department or division of the State or any of its counties at any time relevant to this case.

      Agree_____ Disagree_____Without knowledge to agree or disagree_____.

      If you disagree, explain.  In explaining, please refer to the Affidavit of Dr. Clay at ¶ 4.

_____

_____

_____

_____

      6.  Neither Dr. Farrow nor Dr. Clay ever contracted with the State of Arkansas or Carroll County or any department or division of the State or any of its counties for the furnishing of medical or psychiatric services.

      Agree_____ Disagree_____Without knowledge to agree or disagree_____.

      If you disagree, explain.  In explaining, please refer to the Affidavit of Dr. Clay at ¶ 4.

_____

_____

_____

_____

      7. After you became incarcerated at the Carroll County Jail, Dr. Clay did from time to time treat you.

-4-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Affidavit of Dr. Clay at ¶ 3.

_____

_____

_____

_____

8.  Dr. Clay was not paid or compensated in anyway by the State of Arkansas or Carroll County, or any department or division of the State of Arkansas, or one of its counties, for any medical or psychiatric services he provided to you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Affidavit of Dr. Clay at ¶ 4.

_____

_____

_____

_____

9.  Dr. Farrow was taking call for Dr. Clay on January 2, 2004.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Affidavit of Dr. Clay at ¶ 5.

_____

_____

_____

_____

AO72A
(Rev. 8/82)

10. On January 2, 2004, Dr. Farrow spoke with Beth Reely of the Carroll County Jail regarding you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to the Affidavit of Dr. Farrow at ¶ 4.

_____

_____

_____

_____

11. Based upon Dr. Farrow's telephone conversation with Reely, her review of your records, her education, training and experience, Dr. Farrow requested that four of your medications, Lexapro, Paxil CR, Seroquel, and Trazodone, be discontinued and that you be tapered off another medication, Diazepam.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to the Affidavit of Dr. Farrow at ¶ 4.

_____

_____

_____

_____

12. Given the information provided Dr. Farrow by the Carroll County Jail which indicated you were not being compliant in taking the medications that had been prescribed to

you, and considering this information in light of your physical and mental condition as shown in the treatment records of the OGC, Dr. Farrow concluded this medical decision was entirely appropriate and well within the standard of care applicable to psychiatrists in good standing in the State of Arkansas.

  Agree_____ Disagree_____Without knowledge to agree or disagree_____.

  If you disagree, explain.  In explaining, please refer to the Affidavit of Dr. Farrow at ¶ 5.

_____

_____

_____

_____

  13.  Dr. Farrow was not paid or compensated in anyway by the State of Arkansas or Carroll County, or any department or division of the State of Arkansas, or one of its counties, for any medical or psychiatric services she provided to you.

  Agree_____ Disagree_____Without knowledge to agree or disagree_____.

  If you disagree, explain.  In explaining, please refer to the Affidavit of Dr. Farrow at ¶ 6.

_____

_____

_____

_____

14.  With a week, Dr. Clay reviewed Dr. Farrow's letter of January 2, 2004, directed to Sgt. Beth Reely, Dr. Clay, and Diane Lyddon.  Considering the information they had that you were not being compliant with the medications prescribed to you, Dr. Clay had no disagreement with Dr. Farrow's recommendations.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Affidavit of Dr. Clay at ¶ 5.

_____

_____

_____

_____

15.  In Dr. Clay's opinion, the medical decision Dr. Farrow made was entirely appropriate and well within the standard of care applicable to psychiatrists in good standing in the State of Arkansas.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Affidavit of Dr. Clay at ¶ 5.

_____

_____

_____

_____

16.  Dr. Clay never refused to treat you and did not discharge you from his care.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to the Affidavit of Dr. Clay at ¶

-8-

6.

_____

_____

_____

_____

17. In Dr. Clay's opinion the discontinuance and tapering of medications, as outlined in Dr. Farrow's January 2, 2004, letter, did not cause you any harm or negatively impact your physical or mental condition or prognosis.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to the Affidavit of Dr. Clay at ¶ 7.

_____

_____

_____

_____

18. OGC never refused to treat you and did not discharge you from its care.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to the Affidavit of Dr. Farrow at ¶ 7.

_____

_____

_____

_____

19. In Dr. Farrow's opinion, the discontinuance and tapering of the medications, as outlined in her January 2, 2004, letter did not cause you any harm or negatively impact your physical or mental condition or prognosis.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to Defendants' Exhibit 2 at page 3.

_____

_____

_____

_____

20. Please state: (1) who dispensed medications at the Carroll County Jail; (b) the times the medications were dispensed; (c) whether you had to sign for medication as it was dispensed; and (d) whether prior to January 2, 2004, you had taken all medication you were prescribed by Dr. Clay or Dr. Farrow.

_____

_____

_____

_____

_____

-10-

_____

_____

21. Did you suffer any physical injury as a result of the discontinuance of any of the medications by Dr. Farrow?

Answer: Yes _____ No _____.

If you answered yes, please state: (a) what physical injuries you suffered; (b) the symptoms you experienced; (c) the severity of the symptoms; (d) whether you sought, or received, medical care as a result of the injuries; and (e) how long it took you to recover as a result of the injuries.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-11-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

22. Please explain in detail how you believe Dr. Clay exhibited deliberate indifference to your serious medical needs.

Answer:

_____

_____

_____

_____

-12-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

23. Please explain in detail how you believe Dr. Farrow exhibited deliberate indifference to your serious medical needs.

Answer:

_____

_____

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

24.  Ordinarily private individuals, those who do not work for governmental entities, cannot be held liable under § 1983.  Please explain why you believe Dr. Clay and Dr. Farrow should be held liable under § 1983 for the alleged violations of your federal constitutional rights.

_____

_____

_____

_____

-14-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Detail below any further response you would like to make to the motion for summary judgment filed by separate defendants' Dr. Farrow and Dr. Clay. If you have any exhibits you would like the court to consider, you may attach them to this response.

_____

_____

_____

-15-

**AO72A**
**(Rev. 8/82)**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**AO72A**
**(Rev. 8/82)**

_____

_____

_____

_____

_____

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON THIS _____ DAY OF _____ 2007.

_____
MICHAEL S. GRIFFIS

-17-

AO72A
(Rev. 8/82)