IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

MICHAEL S. GRIFFIS                                                                                      PLAINTIFF

      v.                               Civil No. 05-3040

SHERIFF CHUCK MEDFORD;
LT. BETH REELY; JIMMY
KEELAND; MICHAEL BROWN;
PETE MOSS; JACK GENTRY;
MARK LOTTA; DR. THERESA FARROW;
DR. DONALD CLAY; SHELIA M.
HOWERTON; and REGINA FOX JEFFREY                                                DEFENDANTS

# O R D E R

Currently before the court is the plaintiff's "letter of judicial notice" (Doc. 155). The letter consists of forty-nine pages of material describing documents filed in this case, conduct on the part of the defendants, and errors plaintiff alleges the court took in ruling on various motions he filed. The court "motion" for judicial notice is denied (Doc. 155).

IT IS SO ORDERED this 4th day of September 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

-1-

AO72A
(Rev. 8/82)