IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

MICHAEL S. GRIFFIS                                                PLAINTIFF

   v.                            No. 05-3040

SHERIFF CHUCK MEDFORD, et al.                              DEFENDANTS

### ORDER

Now on this 20th day of September, 2007, comes on for consideration the Report and Recommendation filed herein on August 31, 2007, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 156.) Plaintiff has not filed any objections to the Report and Recommendation.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows:  The Report and Recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the **Motion for Summary Judgment (Doc. 84)** filed by defendants Dr. Theresa Farrow and Dr. Donald Clay is **GRANTED** and plaintiff's federal claims against these defendants are **DISMISSED WITH PREJUDICE**.  To the extent that plaintiff asserts state law claims against these defendants, these claims are **DISMISSED WITHOUT PREJUDICE**, as the Court declines to exercise supplemental jurisdiction over these claims.  See 28 U.S.C. § 1367(c)(3).

IT IS SO ORDERED.

<u>/S/JIMM LARRY HENDREN</u>
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE