IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

MICHAEL S. GRIFFIS                                                    PLAINTIFF

v.                          No. 05-3040

SHERIFF CHUCK MEDFORD, et al.                                       DEFENDANTS

### ORDER

Now on this 20th day of September, 2007, comes on for consideration the Report and Recommendation filed herein on August 31, 2007, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 157.) Neither plaintiff nor the defendants have filed any objections to the Report and Recommendation.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: The Report and Recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the Carroll County Defendants' **Motion for Summary Judgment (Doc. 89)** is **GRANTED IN PART AND DENIED IN PART**.

Specifically, the motion is **GRANTED** with respect to:

* plaintiff's claims that he was subjected to unconstitutional conditions of confinement and that he was denied medical care; and
* plaintiff's claims against defendants Jack Gentry, Mark Lotta, Sheila M. Howerton, and Regina Fox Jeffrey (who was substituted as a defendant for George Jeffries).

The motion is **DENIED** with respect to plaintiff's claim that he was denied due process when he was placed on lock-down and placed in an "emergency response chair" or restraint chair.

IT IS SO ORDERED.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE