IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

MICHAEL S. GRIFFIS                                          PLAINTIFF

     v.                         No. 05-3040

SHERIFF CHUCK MEDFORD, et al.                              DEFENDANTS

## ORDER

On September 20, 2007, the Court entered orders (Docs. 160, 161) adopting the Reports and Recommendations filed in this case on August 31, 2007 (Docs. 156, 157).

On September 21, 2007, plaintiff filed objections to the Reports and Recommendations (Doc. 162) and a Motion for Reconsideration of the Order Adopting the Reports and Recommendations (Doc. 167).   While plaintiff's objections are untimely, the Court has nevertheless considered them and has reviewed this case *de novo.*

The Court finds that the plaintiff's objections and his motion for reconsideration offer neither law nor fact requiring departure from the Reports and Recommendations.   Accordingly, the Court reaffirms its prior rulings adopting the Reports and Recommendations and plaintiff's Motion for Reconsideration (Doc. 167) is **DENIED.**

IT IS SO ORDERED this 13th day of November, 2007.


                              /S/JIMM LARRY HENDREN
                              JIMM LARRY HENDREN
                              UNITED STATES DISTRICT JUDGE