IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

MICHAEL S. GRIFFIS                                             PLAINTIFF

            v.                        Civil No. 05-3040

SHERIFF CHUCK MEDFORD;
LT. BETH REELY; JIMMY
KEELAND; MICHAEL BROWN;
and PETE MOSS                                          DEFENDANTS

**ORDER**

On March 12, 2008, the plaintiff filed a motion (Doc. 192) asking for a transcript of the evidentiary hearing held on March 5 and March 6, 2008. No decision has yet been issued in this case and plaintiff has shown no reason he needs a transcript at government expense. The motion (Doc. 192) is denied.

IT IS SO ORDERED this 27th day of March 2008.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE