IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

MICHAEL S. GRIFFIS                                                                                          PLAINTIFF

        v.                             Civil No. 05-3040

SHERIFF CHUCK MEDFORD;
LT. BETH REELY; JIMMY
KEELAND; MICHAEL BROWN;
and PETE MOSS                                                                                              DEFENDANTS

**ORDER**

      On April 2, 2008, the plaintiff filed a motion (Doc. 194) asking the court to reconsider the order entered on March 27, 2008 (Doc. 193) denying his request for a transcript of the evidentiary hearing held on March 5 and March 6, 2008. The motion for reconsideration (Doc. 194) is denied.

      No decision has yet been issued in this case. Plaintiff's request for a transcript is denied as premature.

      IT IS SO ORDERED this 4th day of April 2008.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE