IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

MICHAEL S. GRIFFIS                                                    PLAINTIFF

v.                            Civil No. 05-3040

SHERIFF CHUCK MEDFORD, et al.                                        DEFENDANTS

### J U D G M E N T

In accordance with the order entered on even date adopting the Magistrate Judge's Report and Recommendation, the Court hereby orders as follows:

1. Judgment is hereby entered in favor of plaintiff and against former Carroll County Sheriff Chuck Medford on plaintiff's claims that he was denied due process while incarcerated at the Carroll County Detention Center when placed on lock-down and when placed in a restraint chair. Plaintiff is hereby awarded $7,207.00 in damages. This amount shall bear interest at the rate of 2.33% from the date of entry of this order until paid by defendant Medford.

2. Further, defendant Medford shall pay to the Clerk of the Court the $350.00 filing fee that has been assessed against the plaintiff pursuant to the terms of the Prison Litigation Reform Act. Upon payment of the filing fee to the Clerk of Court, any sums that have been collected on the filing fee from plaintiff's prison account shall be refunded to that account.

3. Plaintiff's claims against the remaining defendants are **DISMISSED WITH PREJUDICE.**

IT IS SO ORDERED AND ADJUDGED this 28th day of July, 2008.

/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE