**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

**MICHAEL S. GRIFFIS**                                                        **PLAINTIFF**

        **v.**                 **Civil No. 05-3040**

**SHERIFF CHUCK MEDFORD, et al.**                            **DEFENDANTS**

## O R D E R

The Court entered Judgment in this matter on July 28, 2008, which Judgment included the requirement that defendant Medford pay to the Clerk of Court "the $350.00 filing fee that has been assessed against the plaintiff." In fact, this case was filed when the filing fee was only $250.00, and that was the amount assessed against plaintiff. The Court has been informed that Medford has paid the $350.00, and it now orders that the Clerk of Court refund $100.00 of this payment to Medford, so as to correct this overpayment.

**IT IS SO ORDERED**, this 7th day of August, 2008.

                                                             /s/ Jimm Larry Hendren
                                                            **JIMM LARRY HENDREN**
                                                            **UNITED STATES DISTRICT JUDGE**